IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYLEN MAJOR,

      Plaintiff,

v.

JOHN DOE 1,
JANE DOE 1,
JOHN DOE 2,
JOHN DOE 3, and
JOHN DOE 4,

      Defendants.

Case No. 25-cv-00056-SPM

# INITIAL SCHEDULING AND DISCOVERY ORDER

**MCGLYNN, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. Specifically, this Order reviews Plaintiff's filing fee status and sets forth discovery guidelines as to unidentified defendants.

### Filing Fee

Plaintiff was assessed an initial partial filing fee of $11.43. (Doc. 9). The Court notes that Plaintiff paid the initial partial filing fee in full. (Doc. 10).

### Discovery as to Unidentified Defendants

Plaintiff was allowed to proceed against John Does 1-3 and Jane Doe 1. (Doc. 16). Warden Wills remains a Defendant in his official capacity for the purpose of assisting with the identification of the John Doe Defendants. (*Id.*).

Limited discovery for the purpose of identifying the John Doe Defendants will be permitted according to the following schedule.

  1.  Plaintiff shall have until **January 12, 2026,** to file a Notice with the Court,

and provide to the Warden's attorney, any information he possesses which will help identify the John Doe Defendants, such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with the John Does.

2. The Warden shall have until **January 26, 2026,** to file a Notice with the Court, and provide to Plaintiff, the identity of the John Does. Or, if the Warden is unable to identify the John Does, the Warden shall provide to Plaintiff any document or information which may assist in the identification of the John Does.[1]

3. Plaintiff shall have until **February 10, 2026, to file a motion to substitute** specific Defendants for the John Does or, if the John Does remains unidentified, to file a motion specifying additional steps that can be taken to identify the John Doe.

**Plaintiff is WARNED that his failure to comply with this Order and to identify the John Doe Defendants will result in the dismissal of the** John Does and the case as a whole for failure to prosecute. FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**DATED: 12/12/2025**

                                               *s/ Stephen P. McGlynn*
                                               **STEPHEN P. MCGLYNN**
                                               **United States District Judge**

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided plaintiff has executed the required release form.